PROB. 35          Report and Order Terminating Probation/Supervised
(Rev. 1/92)          Release Prior to Original Expiration Date

## United States District Court

### FOR THE

### District of Nebraska

UNITED STATES OF AMERICA

v.                                Docket # 8:01CR192

EDWARD ROETTGER (Roetteger)

On December 30, 2003, the above named was placed on supervised release for a period of three (3) years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended the supervised releasee be discharged from supervision.

Respectfully submitted,

*[signature]*
Jeff A. Anthens
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 26 day of MAY, 2005.

*[signature]*
Joseph F. Bataillon
Chief United States District Judge